**Order filed January 12, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01017-CV

———————

**JOHN C. OSBORNE AND THE LAW OFFICES OF JOHN C. OSBORNE, Appellants**

**V.**

**DONALD M. HOLDEN, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-02891**

---

## O R D E R

The notice of appeal in this case was filed November 22, 2011. To date, the filing fee of $175.00 has not been paid. No evidence appellants John C. Osborne has established indigence has been filed. *See* Tex. R. App. P. 20.1. Further, no evidence that appellant The Law Offices of John C. Osborne is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **January 23, 2012.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM